Marc J. Randazza, Cal Bar # 269535
Randazza Legal Group
10260 Southern Highlands Parkway #110-454
Las Vegas, NV 89141
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>      Plaintiff,<br><br>  vs.<br><br>Alex Keeton<br><br>      Defendants. | Case No. 11-CV-650-DMS-CAB<br><br>CORRECTED NOTICE OF DISMISSAL |

1.   Plaintiff hereby dismisses this action as to Defendant Alex Keeton with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Procedure.

Dated: August 2, 2011

                     Respectfully submitted,

                 s/   Marc Randazza
               Marc J. Randazza, Cal Bar # 269535
               Randazza Legal Group
               10260 Southern Highlands Parkway #110-454
               Las Vegas, NV 89141
               888-667-1113
               305-437-7662 fax
               mjr@randazza.com

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on August 2, 2011 and was transmitted to counsel for the Defendant, Trevor Galligan, Esq. at Trevor Galligan <tgalligan@galligannewmanlaw.com>.


Dated: August 2, 2011                    Respectfully submitted,

                                                 s/   Marc Randazza
                                        Marc J. Randazza, Cal Bar # 269535
                                        Randazza Legal Group
                                        10260 Southern Highlands Parkway #110-454
                                        Las Vegas, NV 89141
                                        888-667-1113
                                        305-437-7662 fax
                                        mjr@randazza.com